Tracy Gibson #1436824
Gibhlewis Unit
777 FM 3496
Woodville, Tx  75990

December 29th, 2014

RE:  WR-68-962-05
     WR-68-962-04

Dear Court of Criminal Appeals
     Clerk of Court Abel Acosta,

Enclosed please find the original filing of,
"Considerations for the Criminal Court of Appeals with
attached Request for Court Appointed Counsel" and an
"Affidavit in Support". One copy has been furnished
and delivered to the 145th Superior District Court in
Nacogdoches County by deliverance utilizing the
institutional mailing system.

Sincerely,
Offender
Tracy Gibson
Tracy Gibson

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

In the Court of Criminal Appeals
City of Austin
State of Texas

Ex Parte

Tracy Ray Gibson
    TDCJ #01436824
Gib Lewis Unit
777 Fm 3496
Woodville, Tx 75990

Cause No(s): WR-68,962-04
      WR-68,962-05

§
§
§
§
§
§

In the 145th Superior
District Judicial Court
of Nacogdoches County

## Considerations for the Criminal Court of Appeals with attached Request for Court Appointed Counsel and Affidavit in Support

Comes Now, offender Tracy Gibson #1436824, who is currently living at Gib Lewis Unit, 777 Fm 3496, Woodville, Tx 75990. Introduces this motion of Considerations for the Criminal Court of Appeals with attached Request for Court Appointed Counsel and an Affidavit in Support. Mr. Gibson, states the following for this honorable court to consider:

(1) Mr. Gibson, alleges that at all times he has been mislead and misinformed of all legal facts and information of law by any and all court officials; court appointed attorney, Mr. Gene Caldwell (State bar No: 03621000); State Counsel for Offenders; Mrs. Kaylie Elworth; and the

(1)

honorable 145th Superior District Judge Mr. Campbell Cox II.

2) Mr. Gibson, requests this honorable court to consider granting him an evidentiary hearing to present to this court exculpatory evidence that validates in support of his allegations contained here in.

2a) Mr. Gibsons' indictment was defective and according to trial court transcripts during oral Pronouncement by Judge Campbell Cox II did and there in form, Mr. Gibson, his plea bargain of guilt to §2903 Aggravated Robbery and the Provisions of vTCA §4212 3(G) offense to serve no less than 50% of the length of his sentence of 20 years. Therefore validates the 145th Superior District Court intended to convict for felony in the first degree which constitutes the rendition of judgement that can not be corrected by a nunc pro tunc motion that can only correct clerical errors.

3) Texas Department of Criminal Justice — Records Division did not receive a copy of said trial court Post-conviction order until December 2012, five years after the trial court filed it.

4) STATE Counsel FOR OFFENDERS: attorney. Mrs. Karlie Elworth contacted, Mr. Gibson, at the Mc-CONNELL unit through a legal phone call set-up by the institutional law library on December 18th, 2012 while

(2)

Mr. Gibson, was in Ad/Seg.

In conclusion, Mr. Gibson, should be granted an evidentiary hearing to submitt exculpatory evidence that can validate his allegations contents.

Executed on this 29th day of December, 2014.

_Tracy Ray Gibson_
Tracy Ray Gibson

## Certificate of Service

A copy of this motion of "Consideration for the Criminal Court of Appeals with Attached Request for Court Appointed Counsel and Affidavit in Support" has been delivered to 145th Superior District Court of Nacogdoches, TX 75961 at 101 W. Main St. Room120 and Mr. Gibson, declares all information contained is true and correct under penalty of perjury that all information is true to be fact in his faith and beliefs.

_Tracy Gibson_
Tracy Gibson

(3)

In the Court of Criminal Appeals
City of Austin
State of Texas

EX PARTE

§

TRACY GIBSON #1436824
Gib Lewis Unit
777 FM 3497
Woodville, TX 75990

§ In the 145th Superior
§ District Judicial Court
§ of Nacodoches County

§

§

Cause no(s): WR-68,962-04
WR-68,962-05 §

## Request for Court Appointed Counsel

Now comes, Tracy Gibson #1436824, to request this honorable court to provide him a court appointed attorney for the following:

1) Mr. Gibson, has a right to representation afforded to him by the 6th Amendment Bill of rights.

2) Because of Mr. Gibsons' incarceration he is not permitted the mobility to obtain documents from TDCJ-Records Division, or even a written testimonial from SCFO attorney Mrs. Karlie Elworth; or a copy of the trial court transcripts of the oral pronouncement of the sentencing hearing; that can only be obtained from the assistance of a court appointed official.

(1)

In conclusion, Mr. Gibson, requires a court appointed attorney who is permitted to retrieve any and all documents needed to be submitted at an evidentiary hearing to provide exculpatory evidence to this court.

Executed on this 29th day of December, 2012.

_Tracy Gibson_
Tracy Gibson

## Certificate of Service

A copy of this attached request for a Court Appointed Counsel and Affidavit in Support is being delivered to the 145th Superior District Court, 101 W. Main St. Room 120, Nacogdoches, Texas 75961, by United States Postal Services.

_Tracy Gibson_
Tracy Gibson

(2)

# AFFIDAVIT /Inmates Declaration

My name is Tracy Ray Gibson #1436824, and I make the following Affidavit/Inmates Declaration to be true and correct according to my faith and belief under penalty of perjury as follows:

I have not been given true and correct information of facts of law and I have not been accurately advised by any official of the courts.

I spoke with State Counsel For Offenders Appellate attorney Mrs. Kaylie Elworth on 12-18-12 and was informed that TDCJ-Records Division just recently of that month changed my records. I did not receive my first parole interview until January, 2013.

Texas Department of Criminal Justice gave me a "time-slip" in January 2013 about my criminal records being updated. I can not obtain any of these documents without the assistance of a court appointed attorney. Only by a discovery hearing can I present all evidence to the Court of Criminal Appeals because I am incarcerated.

Executed this ___29th___ day of December, 2014

*Tracy Gibson*

Tracy Gibson